UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL WINSTON PERRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-13-1959 |
| | § | |
| AUTOCRAFT INVESTMENTS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The joint motion to dismiss with prejudice (Dkt. 35) is GRANTED. It is therefore ORDERED that this lawsuit is DISMISSED with prejudice to any later assertion or filing of any claim asserted or that could have been asserted by Plaintiff Paul Winston Perry against defendants, Auto Craft Investments, Inc. d/b/a National Parts Depot and Marcel Therrien, arising out of or connected with the events at issue in this lawsuit. Costs of court are taxed against the parties incurring the same.

Signed at Houston, Texas on November 24, 2014.

_____
Gray H. Miller
United States District Judge